IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jorge Najera | ) | Case No: **16 C 7029** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Griffin Landscaping Co. | ) | |

### ORDER

Motion [4] for leave to withdraw the appearance of counsel Susan Best for plaintiff is granted. This case is dismissed without prejudice and with leave to reinstate on or before 10/19/2016.

(00:05)

Date: September 21, 2016

*/s/ Robert W. Gettleman*

ROBERT W. GETTLEMAN